IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,                )
                                         )
         Plaintiff,                      )
                                         )
v.                                       )   DOCKET NO: _6494953_
                                         )
_Elizabeth L. Adams_                     )   16P03071
                                         )   1:16CR273
         Defendant.                      )


## NOTICE OF APPEAL

Pursuant to Rule 58(g) of the Rules of Criminal

Procedure, Defendant appeals the _November 3, 2016_ decision, order,
                                      (Date)
judgement, or sentence of the magistrate judge.

The reasons for appeal are as follows:

1) Contradictory testimony of the Gvt Prosecutor's Witness

2) Charge was incorrect and unconstitutional.

3) Officer's "Statement of Probable Cause" narrative contains many inaccuracies.

4) Judge Davis moved to rapid conviction without equitable consideration of evidence presented by prose defendants.

(Attach additional page if necessary)

_Elizabeth L. Adams_
Signature
_Elizabeth L. Adams_
Print   Name
_PO Box 502_
Address
_Leverett, MA 01054_
City,   State,   Zip   Code

Date: _11/9/16_
Alexandria,  Virginia

5. Protectors of Constitutional Law such as we Plaintiffs were on September 26, 2016, not only have the right, but the responsibility "to petition our government for a redress of grievances".  This was this plaintiff's (nonviolent, peaceful petitioners) intent and the Plaintiffs' joint intent, when approaching the Pentagon Checkpoint on September 26, 2016, to deliver a letter to Secretary of Defense Ashton Carter, or an authoritative representative on that day.  In fact it was our constitutionally protected and guaranteed effort that was refused that day.  Neither the Secretary, nor a representative of his office appeared before we were hastily escorted away into paddy wagons to be processed for our noble goal.

## Summary

It is a shameful state of affairs  that peaceful petitioners were denied their First Amendment rights and Sixth Amendment responsibilities at the hand of the Pentagon Police on September 26, 2016,  being hastily arrested while standing at a Pentagon Checkpoint not blocking anyone from entering the facility,

For Judge Davis to call into question such lawful activities by hastily convicting innocent, peace abiding people is unconscionable and immoral.

Who within our government is calling into question the excessive use force, the continuation of unwarranted surveillance on all Americans and global leaders and citizens or end the incessant stream of war crimes of our government without the consent of the governed?

"If not us, who?  If not now, when?" - *JFK/Hillel the Elder*

I pray that we will continue, and that many will join us no matter who is President.  On behalf of a better future (or a future) of all of life and for the love of God the Creator, we must continue to attempt to right this unholy blasphemy!